1  Matthew H. Sloan (No. 018632)
   E-mail: MHS@JHC.Law
2  **JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
   2800 North Central Avenue, Suite 1800
3  Phoenix, AZ 85004-1049
   Telephone: 602-234-7800
4  Facsimile: 602-277-5595

5  Attorneys for Shawn Mulligan
   and Elite Enterprise Services, LLC
6

7               **UNITED STATES BANKRUPTCY COURT**

8                     **DISTRICT OF ARIZONA**

| | |
|---|---|
| 9 In re: | Chapter 7 Proceeding |
| 10 JONATHAN DONALD KOOP, | Case No.: 2:18-bk-14089-MCW |
| 11       Debtor. | |
| 12 | |
| 13 SHAWN MULLIGAN, ELITE ENTERPRISE SERVICES, LLC, a Delaware limited liability company, | Adv. No.: 2:19-ap-00073-MCW |
| 14       Plaintiffs, | **NOTICE OF SETTLEMENT** |
| 15 | |
| 16 vs. | |
| 17 JONATHAN DONALD KOOP, | |
| 18       Defendant. | |

19        Plaintiffs, by and through undersigned counsel, hereby give notice to the

20  Court that this matter has been settled, subject to the preparation and execution of

21  all necessary settlement documents. The parties will be finalizing the settlement

22  documents within the next 30 days, at which time they will file a stipulation and

23  proposed order.

24  / / /

25  / / /

26  / / /

1  DATED this 19th day of December, 2019.

2                                         JENNINGS, HAUG & CUNNINGHAM, L.L.P.

3

4                                         /s/ Matthew H. Sloan (#018632)
                                          Matthew H. Sloan
5                                         Attorneys for Shawn Mulligan and
                                          Elite Enterprise Services, LLC
6

7  Filed electronically and copy
   mailed this 19th day of December,
8  2019, to:

9  Steven N. Berger
   Bradley D. Pack
10 Engelman Berger, P.C.
   2800 N. Central Avenue, Suite 1200
11 Phoenix, AZ  85004
   Attorneys for Defendant
12 Jonathan Donald Koop

13 /s/ T. Kido
   6795-0/3707089
14

15

16

17

18

19

20

21

22

23

24

25

26