Steven N. Berger, SBA #009613
Bradley D. Pack, SBA #023973
**Engelman Berger, P.C.**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@eblawyers.com
Email: bdp@eblawyers.com

Attorneys for Jonathan Koop

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN DONALD KOOP,<br><br>Debtor.<br><br>SHAWN MULLIGAN; ELITE ENTERPRISE SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN DONALD KOOP,<br><br>Defendant. | Chapter 7<br><br>Case No. 2:18-bk-14089-MCW<br>Adv. Case No. 2:19-ap-00073-MCW<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING PERFORMANCE OF SETTLEMENT AGREEMENT** |

The parties have entered into a settlement agreement whereby Debtor, without admitting any liability whatsoever, will make payments over a period of ten months. In the interim, the parties hereby stipulate to stay this case through November 15, 2020 and to toll any pending deadlines, provided that the parties shall file a stipulation for dismissal with prejudice upon completion of the settlement payments, or Plaintiffs may lodge a judgment in the amount described in the parties' agreement upon an uncured default in making payments.

**DATED** this 13th day of January, 2020.

| | |
|---|---|
| **Engelman Berger, P.C.**<br><br>By  */s/ Bradley D. Pack*<br>Steven N. Berger<br>Bradley D. Pack<br>Attorneys for Jonathan Koop | **Jennings, Haug & Cunningham**<br><br>By */s/ Matthew H. Sloan (w/permission)*<br>Matthew H. Sloan<br>Attorneys for Plaintiffs |